IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVA DIAZ AND FRANKIE DIAZ,** *Administrators of the Estate of Frankie Diaz, Jr.,* | : <br> : <br> : <br> : |
| **Plaintiffs,** | : <br> :     **Civil Action** |
| v. | :     **No. 22-3286** <br> : |
| **CITY OF PHILADELPHIA, et al.,** | : <br> : |
| **Defendants.** | : |

## STIPULATION TO EXTEND TIME FOR DEFENDANTS NICOLE TAYLOR, DENISE WOOD, AND WANDA BRITFORD TO RESPOND TO THE COMPLAINT

WHEREAS on January 3, 2023, Plaintiffs served Defendants Corrections Officers Nicole Taylor, Denise Wood, and Wanda Britford ("Responding Defendants") with the Amended Complaint in this matter (ECF No. 18), and WHEREAS Plaintiffs and Responding Defendants agree to extend until today, January 25, 2023, the time for Responding Defendants to respond to the Amended Complaint, Plaintiffs and Responding Defendants hereby agree and stipulate to the following:

Defendants Corrections Officers Nicole Taylor, Denise Wood, and Wanda Britford shall respond to Plaintiff's Amended Complaint on or before January 25, 2023.

| | |
|---|---|
| /s/ Kevin P. O'Brien | /s/ Adam R. Zurbriggen |
| KEVIN P. O'BRIEN | Adam R. Zurbriggen, Deputy City Solicitor |
| STAMPONE LAW PC | Pa. Attorney ID No. 331169 |
| 500 COTTMAN AVE | 1515 Arch Street, 14th Floor |
| CHELTENHAM, PA 19012 | Philadelphia, PA 19102 |
| 215-663-0400 | 215-683-5114 (Phone) |
| Email: kobrien@stamponelaw.com | adam.zurbriggen@phila.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants Nicole Taylor, Denise Wood, and Wanda Britford* |
| | |
| Date: January 25, 2023 | Date: January 25, 2023 |

APPROVED BY THE COURT:

_____
EDUARDO C. ROBRENO, J.