IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVA DIAZ and FRANKIE DIAZ as Administrators of the Estate of FRANKIE DIAZ, JR., | : : : : | CIVIL ACTION NO. 22-3286 |
| Plaintiffs, | : : | |
| v. | : : | |
| THE CITY OF PHILADELPHIA, et al., | : : : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **20th** day of **April**, **2023**, after considering Plaintiffs' Amended Complaint [ECF No. 18], Defendants' Motion to Dismiss [ECF No. 20], Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss [ECF No. 24], and after a hearing on the record, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. Count I of Plaintiffs' Amended Complaint is **DISMISSED** as to Defendants Carney and LaCombe, and Count II of Plaintiffs' Amended Complaint is **DISMISSED** in full.

Count I shall proceed against Individual Defendants Nicole Taylor, Denise Wood, Wanda Britford, and John Doe Corrections Officers 4 through 10, as in the normal course of business. A Notice of Initial Pretrial Conference shall issue.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**