**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| EVA DIAZ AND FRANKIE DIAZ, Administrators | : | |
| Of The ESTATE OF FRANKIE DIAZ, JR., | : | |
| | : | Civil Action No.  2:22-CV-3286 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE CITY OF PHILADELPHIA, et al | : | |

**PETITION TO SETTLE WRONGFUL DEATH AND SURVIVAL ACTION**

Petitioners, Eva Diaz and Frankie Diaz, Administrators of the Estate of Frankie Diaz, Jr.

through their attorney, Kevin P. O'Brien, Esquire respectfully submit this Petition.

1.      Plaintiff-Petitioners Eva Diaz and Frankie Diaz are the administrators of the

Estate of Frankie Diaz, Jr.

2.      Eva Diaz and Frankie Diaz were appointed the Co-Administrators of the Estate by

the Register of Wills of Philadelphia County on March 18, 2021.  (See copy of Letters of

Administration attached hereto as **Exhibit A**).

3.      Plaintiffs filed an action against the Defendants under the above caption regarding

an incident which occurred on August 19, 2020.

4.      This action is comprised of the wrongful death and survival claims arising out of

the death of Frankie Diaz, Jr., on  August 19, 2020.

5.      Frankie Diaz, Jr. was  30 years of age at the time of his death on August 19, 2020.

6.      Petitioners' decedent died intestate.

7.      Decedent is survived by the following;

    a.      Eva Diaz
            1914 East Birth Street

Philadelphia, PA 19134

b.      Frankie Diaz
        1914 East Birth Street
        Philadelphia, PA 19134

85.     This parties were able to resolve the Plaintiffs' claims for the sum of Ninety-Five

Thousand ($95,000.000) Dollars.

9.      Distribution is pursuant to the intestacy statute which is presumed to fairly and

equitably compensate the Plaintiffs as well as the wrongful death beneficiaries for their

proportionate share of the settlement proceeds.

10.     As set forth above, the Plaintiffs' decedent was survived by his parents, Eva Diaz

and Frankie Diaz.

11.     Counsel is of the professional opinion that the proposed settlement is reasonable.

Accordingly, counsel for the Petitioners recommend settlement of the claim for the sum of

Ninety-Five Thousand ($95,000.00) Dollars.

12.     Petitioners further request that the distribution of funds be approved as set forth

herein.

13.     Petitioners request that this Court approve the allocation of the settlement

proceeds with 80% allocated to the Wrongful Death Claim and 20% allocated to the survival

action.

14.     Under Pennsylvania Law, the distribution of the settlement proceeds of wrongful

death proceeds are distributed pursuant to the laws of intestacy. Seymor v. Rossman, 4 515, 522,

297 A2d804 (1972) and 20 Pa.C.S.§2201-2225.

15.     Therefore, Decedent's parents are the beneficiaries of the wrongful death

proceeds recovery in the instant proposed settlement.

16. This Petition with supporting documentation has been submitted to the Pennsylvania Department of Revenue whose representatives have received and approved the allocation of proceeds under our original request of 80% allocation to the wrongful death action and 80% to the survival action. (See letter dated June 12, 2026 attached hereto as **Exhibit B**).

17. In the instant case, the intestate heirs of decedent at the time of his death were his parents:

    a.    Eva Diaz
           1914 East Birth Street
           Philadelphia, PA 19134

    b.    Frankie Diaz
           1914 East Birth Street
           Philadelphia, PA 19134

18. Counsel was retained by Petitioner and a contingent fee agreement was allowing for a 40% attorney's fee from any recovery received in this matter. Counsel has reduced the attorneys fee of $38,000.00 to $20,000.00. A copy of the fee agreement is attached hereto as **Exhibit C**).

19. Counsel for Plaintiff has incurred various expenses for which reimbursement is sought. (A list of these expenses is attached hereto as **Exhibit D**).

20. Medicare has not asserted a lien for medical treatment as decedent was not a Medicare recipient. (See letter dated September 27, 2024 attached hereto as **Exhibit E**).

21. The PA Department of Human services has a lien in the amount Twenty-Eight Thousand One Hundred Seventy-Four Dollars and Fifty-Five Cents ($28,174.55), which has been reduced to Sixteen Thousand Two Hundred Eighty-Three Dollars and Fifty-Eight Cents ($16,283.58). (See letter of April 30, 2026 attached hereto as **Exhibit F**).

22.    A copy of this petition has been supplied to Eva Diaz and Frankie Diaz, Co-Administrators of the Estate of Frankie Diaz, Jr. and they have voiced no objection to the proposed settlement and distribution and in fact agrees the proposed settlement is fair and reasonable and in the best interests of the Estate.

23.    For all the aforesaid reasons, counsel and Petitioner seek approval of the settlement, as well as the allocation of settlement funds between the claims for damages under the Wrongful Death Act and Survival  Act as specified herein.

WHEREFORE, Petitioner prays that an Order be entered approving the settlement of these Wrongful Death and Survival Action Claims as set forth herein.

Respectfully submitted

**STAMPONE O'BRIEN DILSHEIMER HOLLOWAY**

BY:    */s/ Kevin P. O'Brien*
              KEVIN P. O'BRIEN, ESQUIRE
              Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| EVA DIAZ AND FRANKIE DIAZ, Administrators Of The ESTATE OF FRANKIE DIAZ, JR., | : : : | |
| Plaintiff, | : : | Civil Action No.  2:22-CV-3286 |
| v. | : : : | |
| THE CITY OF PHILADELPHIA, et al | : : : | |

### AFFIDAVIT OF COUNSEL

I, KEVIN P. O'BRIEN, ESQUIRE certify that I am the attorney for the

Plaintiffs/Petitioners in this litigation, and I have fully investigated this matter and that in my

opinion, the settlement of Plaintiffs' claims against Defendants for the total sum of Ninety-Five

Thousand ($95,000.00) Dollars represents a fair and reasonable settlement under all of the

circumstances of the case, and the allocation of the settlement funds between the Wrongful

Death and Survival Act claims as specified herein is reasonable and appropriate under the laws

and the facts of this case.

　　　　　　　　　　　　_/s/ Kevin P. O'Brien_
　　　　　　　　　　　　KEVIN P. O'BRIEN, ESQUIRE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| EVA DIAZ AND FRANKIE DIAZ, Administrators Of The ESTATE OF FRANKIE DIAZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF PHILADELPHIA, et al | Civil Action No.  2:22-CV-3286 |

### AFFIDAVIT OF EVA DIAZ AND FRANKIE DIAZ, CO-ADMINISTRATORS OF THE ESTATE OF FRANKIE DIAZ, JR.

Petitioners, Eva Diaz and Frankie Diaz, Co-Administrators of the Estate of Frankie Diaz, Jr. being duly sworn according to law depose and say as follows:

1.      That they are the Plaintiffs/Petitioners herein, having been appointed as Co-Administrators of the Estate of Frankie Diaz, Jr. by the Register of Wills of Philadelphia County and commenced this action.

2.      That Frankie Diaz, Jr. did not have a Will at the time of his death, and as such, the heirs of his Estate are his parents:

        a.      Eva Diaz

        b.      Frankie Diaz

3.      That we have read the attached Petition for Approval of Settlement of the Wrongful Death and Survival Act claims and that the facts set forth in the within paragraphs of the Petition are true and correct to the best of my knowledge, information and belief.

4.      That we understand that the litigation of all of the claims contained in this action may result in a recovery of a sum higher than the proposed settlement, but I also recognize that

the continued litigation of these claims involves a risk of loss or that we may recover a total of less than the proposed settlement.

5. That we are satisfied with the representation provided by Kevin P. O'Brien, Esquire. We are satisfied with and approve the settlement in the amount of Ninety-Five Thousand ($95,000.00) Dollars of this wrongful death and survival act claim.

_____
EVA DIAZ, CO-ADMINISTRATOR

_____
FRANKIE DIAZ, CO-ADMINISTRATOR